DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARCHIE SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1087

[June 21, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael Heisey, Judge; L.T. Case No. 47-2008-CJ-000881-A.

Archie Smith, Lowell, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***